IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 5:23 CR 00414 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| SABRINA COLLINS, ) | Section 1512(b)(1) |
| ) | |
| Defendant. ) | JUDGE BRENNAN |

COUNT 1
(Tampering with a Witness, Victim or Informant by Intimidation, Threats, Corrupt Persuasion, or Misleading Conduct, 18 U.S.C. § 1512(b)(1))

The Grand Jury charges:

1.  On or about May 17, 2023 to on or about June 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant SABRINA COLLINS, knowingly attempted to intimidate and threaten an individual known to the grand jury with the intent to influence, delay, and prevent the testimony of the individual in an official proceeding, specifically United States v. Kenneth Lindsey, in the United States District Court, Northern District of Ohio, Eastern Division, Case Number 5:23CR256, in violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.